NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1209
(Serial No. 10/988,358)

IN RE DAVID KRYZPOW, JAMES ELLIOTT,
AARON ROOD, and FREDERICK J. LISY

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

O R D E R

The appellants submit a motion to waive oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to hear this case. Copies of this order, the motion, and any response, shall be transmitted to the merits panel.

FOR THE COURT

_____MAY 1 1 2010_____          /s/ Jan Horbaly
Date                                      Jan Horbaly
                                          Clerk

cc:    Brian M. Kolkowski, Esq.
       Raymond T. Chen, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 1 2010

JAN HORBALY
CLERK